UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00497-SPG-4          Date: 08/27/2025

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter N/A          Language N/A

| Connie Chung | 08/27/2025 | Joshua Lee |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  Retained

Bryan Morales                                          Travis James Sabaitis

Proceedings: Arraignment of Defendant and/or     ✔ Assignment of Case     Appointment of Counsel
                                                  Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/21/2025 8:30 AM;
Status Conference: 09/10/2025 9:30 AM
* Government counsel provides trial estimate of 4-5 days.
* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA       PSAED       PSASA
  ✔ USMLA       USMED       USMSA          Initial Appearance/Appointment of Counsel:  00 : 00
     Statistics Clerk        Interpreter                          Arraignment:  00 : 02
     CJA Supervising Attorney   Fiscal              Initials of Deputy Clerk:  CC by TRB

CR-11A                    Criminal Minutes – Arraignment                    Page 1