# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Bryan Morales,<br>DEFENDANT(S). | CASE NUMBER<br>2:25-cr-00497-SPG-4<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _September 10, 2025_____, _____, at _12:30_____ ☐a.m. / ☒p.m. before the Honorable _Steve Kim_____, in Courtroom _540_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _August 27, 2025_____

*[signature]*

Steve Kim, U.S. Magistrate Judge